No. **CR 07 00303 JF**  HRL

# UNITED STATES DISTRICT COURT

FILED
2007 MAY 16 P 2: 34

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### SAN JOSE DIVISION

---

### THE UNITED STATES OF AMERICA
*vs.*
### CLAUDIA MARIA LOPEZ

---

## INDICTMENT

**COUNT ONE**: Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(v) - Possession With Intent To Distribute, and Distribution Of, Lysergic Acid Diethylamide ("LSD")

*A true bill.*

_____
Foreperson

Filed in open court this __15__ day of __May__

A.D. 200_7_

_____
United States Magistrate Judge

Bail. $ __No process__

```
SCOTT N. SCHOOLS (SCN #9990)
United States Attorney
```

FILED

2007 MAY 16 P 2: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00303 JF

| UNITED STATES OF AMERICA, | ) | CR No.: |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(v) – Possession With Intent To Distribute, And Distribution Of, Lysergic Acid Diethylamide ("LSD") |
| v. | ) | |
| CLAUDIA MARIA LOPEZ, a/k/a "Sandra Cruz," | ) | SAN JOSE VENUE |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(v); Possession With Intent To Distribute, And Distribution Of, Lysergic Acid Diethylamide ("LSD") )

On or about February 22, 2007, in Santa Clara County, in the Northern District of California, the defendant

CLAUDIA MARIA LOPEZ,
a/k/a "Sandra Cruz,"

did knowingly and intentionally possess with intent to distribute, and distribute, a Schedule I controlled substance, to wit: at least one gram of a mixture and substance containing Lysergic

//

//

INDICTMENT

1  Acid Diethylamide ("LSD"), in violation of Title 21, United States Code, Sections 841(a)(1) and
2  (b)(1)(B)(v).
3      DATED:                                                      A TRUE BILL.
4  16-May-2007
5
6                                                                  _____
                                                                    FOREPERSON
7
8  SCOTT N. SCHOOLS
   United States Attorney
9
10 MATTHEW A. PARRELLA
   Chief, San Jose Branch Office
11
12 (Approved as to form: _____ )
                          AUSA NEDROW
13

INDICTMENT                                    2

AO 257 (Rev. 6/78)

E-FILING

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 MAY 16  P 3:40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

─── OFFENSE CHARGED ───

Count One: Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(v) - Possession With Intent To Distribute, and Distribution Of, Lysergic Acid Diethylamide

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Max. 40 yrs imprisonment; Mandatory minimum 5 yrs imp.
Maximum $2,000,000 fine
Mandatory 4 years supervised release
$100 special assessment fee

─── DEFENDANT - U.S. ───
▶ CLAUDIA MARIA LOPEZ

DISTRICT COURT NUMBER
CR 07 00303    JF    HRL

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
Mitch Herzog, USPS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense    SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶    MAGISTRATE CASE NO.

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JEFF NEDROW

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments: