PROPOSED ORDER/COVER SHEET

TO: Honorable Howard R. Lloyd  
U.S. Magistrate Judge

RE: Claudia Lopez

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR 07-00303 JF

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  
U.S. Pretrial Services Officer

408-535-5223  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**
**JUN − 1 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A. **The defendant may travel to the Eastern District of California with the prior approval of Pretrial Services**

B.

[ ] Bail Revoked/Bench Warrant Issued.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____  _____6/1/07_____
JUDICIAL OFFICER                DATE

Cover Sheet (12/03/02)