UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, May 30, 2007
**Case Number:** CR-07-00303-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Peter Torreano

TITLE:    **UNITED STATES OF AMERICA V. CLAUDIA MARIA LOPEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Claudia Maria Lopez |
| Attorneys Present: Jeff Nedrow | Attorneys Present: Jay Rorty |

PROCEEDINGS:
Status Review hearing held. Counsel and defendant are present.
Continued to 6/27/07 at 9:00 a.m. for further status review.
28 days are excluded for the reasons stated.