1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CLAUDIA MARIA LOPEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )    No. CR 07-00303 JF (HRL)
                                     )
12              Plaintiff,           )    **APPLICATION TO MODIFY**
                                     )    **CONDITIONS OF RELEASE TO**
13  v.                               )    **ALLOW TRAVEL AND FOR THE**
                                     )    **RETURN OF PASSPORT; [PROPOSED]**
14  CLAUDIA MARIA LOPEZ,             )    **ORDER**
                                     )
15              Defendant.           )
    _____)

16

17      Defendant Claudia Maria Lopez hereby applies to this Court for an order modifying the

18  conditions of release previously set by the Court on May 7, 2007 to permit travel to Switzerland.

19  Ms. Lopez will be leaving Friday, August 3, 2007 and returning on Sunday, August 12, 2007.

20  The reason for this proposed travel is to allow Ms. Lopez to vacation with family.  While in

21  Switzerland Ms. Lopez will be traveling with her mother, Amintha Petersen and her father Jay

22  Petersen.  Ms. Lopez and her family will be traveling with a tour group. Attached is an itinerary

23  of not only the hotel information of where they will be staying at but also an itinerary of each

24  day's activities.  Defendant also applies for further modification of conditions to allow the return

25  of defendant's U.S. passport for purpose of travel releasing it August 1, 2007 and returning it on

26  August 15, 2007.  United States Pretrial Officer Anthony Granados and Assistant United States

1   Attorney Jeff Nedrow have both been notified of the proposed travel and both have no objections

2   to this filing.

3
    Dated: July 25, 2007                          _____/S/_____
4                                                 JAY RORTY
                                                  Assistant Federal Public Defender
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF (HRL) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE TO** |
| v. | ) | **ALLOW TRAVEL** |
| | ) | |
| CLAUDIA MARIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on May 7, 2007 are hereby modified to

permit defendant, Claudia Maria Lopez to travel to Switzerland.  Ms. Lopez will be leaving

Friday August 3, 2007 and be returning on Sunday, August 12, 2007.  While in Switzerland Ms.

Lopez will be traveling and staying with her mother and father, Jay and Amintha Petersen.

IT IS FURTHER ORDERED that defendant, Claudia Maria Lopez's U.S. Passport be

returned to her for purpose of travel releasing it August 1, 2007 and returning it on August 15,

2007.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

and effect.

Dated: July ___ , 2007                              _____
                                                                          HOWARD R. LLOYD
                                                                          United States Magistrate Judge

3

Distribute To:

Jay Rorty
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

Jeff Nedrow
Assistant United State Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Anthony Granados
United States Pretrial Officer
280 S. First Street, Rm. 106
San Jose, CA 95113