# HOTEL LIST - ZG 0804
# SWITZERLAND

We recommend you keep this hotel information on you at all times (make sure relatives or friends also have a photocopy of hotel contact details below). The telephone number of a family member or friend who could be contacted in the unlikely event of an emergency should be left with your travel agent.

Should there be an unavoidable mid-vacation hotel change after this list has been printed, contact details of the new hotel will be supplied to you by your Tour Director.

If you are delayed during your journey and cannot arrive on time for the start of your vacation, please phone the first hotel to advise your Tour Director. If he/she is unavailable, leave a message with hotel reception, along with your vacation code.

## AUG04 - AUG05

**MOEVENPICK ZUERICH AIRPORT**
MITTELHOLZERSTRASSE 8
GLATTBRUGG CH- 8152
SWITZERLAND
Tel: 41 44 8088888
Fax: 41 44 8088877

## AUG05 - AUG06

**MONOPOL**
VIA MAISTRA 17
ST.MORITZ CH- 7500
SWITZERLAND
Tel: 41 81 8370404
Fax: 41 81 8370405

## AUG06 - AUG07

**HOLIDAY INN LUGANO CENTRE**
VIA GERETTA 15
LUGANO-PARADISO CH- 6902
SWITZERLAND
Tel: 41 91 9863838
Fax: 41 91 9863839

Page 8

AUG07 - AUG08
ALEX
ZERMATT CH- 3920
SWITZERLAND
Tel: 41 27 9667070
Fax: 41 27 9667090

AUG08 - AUG09
CAILLER
CHARMEY ( GRUYERE ) CH- 1637
SWITZERLAND
Tel: 41 26 9276262
Fax: 41 26 9276263

AUG09 - AUG11
GRAND HOTEL EUROPE
HALDENSTR. 59
LUCERNE CH- 6006
SWITZERLAND
Tel: 41 41 3700011
Fax: 41 41 3701031

# SWITZERLAND

ZG - 9 days including air,
or 8 days Zurich/Zurich

- **Meals:** buffet breakfasts (BB), and dinners (D), as detailed in the itinerary.
- Inside visits as shown in UPPERCASE in the tour description, including admission charges where applicable.

**DAY 1, Friday, August 03.**
**BOARD YOUR OVERNIGHT TRANSATLANTIC FLIGHT.**

**DAY 2, Saturday, August 04.**
**ARRIVAL IN ZURICH, SWITZERLAND.**
Time to rest or to discover Zurich's attractive historic center and lakeside promenade. At 6 p.m. meet your traveling companions for a welcome drink hosted by your Tour Director.

**DAY 3, Sunday, August 05.**
**ZURICH-LIECHTENSTEIN-ST. MORITZ.**
Enter times as instructed by the Tour Director.
Wake-up Call   Luggage Out   Breakfast   Depart
First an orientation drive through Zurich, Switzerland's center of banking and commerce. Then east along Lake Zurich and Lake Walen to the tiny principality of Liechtenstein. After a break in Vaduz ascend the Rhine Valley into the mountainous Grisons, a canton where three of the country's four languages are spoken. The 7,504-foot Julier Pass, an important Alpine road since Roman times, leads to the Engadine. This valley is considered by many as the most beautiful mountain area in the world with deep-blue lakes, airy larch forests that turn golden in the fall, mountain peaks exceeding 12,000 feet, and quaint villages with massive white stone houses in the characteristic Grisons style. Afternoon at leisure in ritzy St. Moritz. (BB,D)

**DAY 4, Monday, August 06.**
**ST. MORITZ-LAKE COMO, ITALY-LUGANO, SWITZERLAND.**
Wake-up Call   Luggage Out   Breakfast   Depart
A gradual change of scenery as you descend towards the enchanting shores of the Italian Lake Como and continue on to the southern tip of Switzerland. The vegetation south of the Alps is Mediterranean: chestnut groves, vineyards, olive and fig trees make you forget that earlier today

**DAY 5, Tuesday, August 07.**
**LUGANO-STRESA, ITALY-ZERMATT, SWITZERLAND.**
① ① ① ①
Wake-up Call  Luggage Out  Breakfast  Depart

From Lake Lugano to the Italian shore of Lake Maggiore for a break in elegant Stresa. An optional boat ride to the enchanting Isola Bella can be arranged. On over the lofty Simplon Pass into the Swiss Valais, an area renowned for its excellent wines and great mountain resorts. To reach the most famous of them leave the coach behind in Täsch and board a MOUNTAIN TRAIN, climbing the last few miles up to Zermatt, a picturesque cluster of rustic chalets beneath the Matterhorn. (BB,D)

**DAY 6, Wednesday, August 08.**
**ZERMATT-GRUYÈRE.**
① ① ① ①
Wake-up Call  Luggage Out  Breakfast  Depart

Morning at leisure. A suggestion: ride Europe's highest rack-railway to 10,272-foot Gornergrat for a breathtaking panoramic view of the Alps. In the afternoon motor through the vineyards and apricot groves of the lower Rhône Valley to the shores of Lake Geneva. Here visit CHILLON CASTLE, the 12th-century water fortress immortalized by the poet Lord Byron, before continuing to your hotel in the Gruyère region. (BB,D)

**DAY 7, Thursday, August 09.**
**GRUYÈRE-BERNE-LUCERNE.**
① ① ① ①
Wake-up Call  Luggage Out  Breakfast  Depart

Travel along an excellent highway through some of the country's best farmlands to its stately capital, Berne. Sightseeing with a Local Guide starts at the popular BEAR PIT and then focuses on the monumental Federal Palace and the beautifully preserved medieval Old Town. Witness the hourly parade of painted figures at the Clock Tower and take your pictures of ornate, flower-adorned fountains. After lunch continue east through the verdant dairy country of Emmental. On the way visit a CHEESE FACTORY to learn how one of Switzerland's prime exports is made. Tonight you are in picture-book Lucerne. You may wish to sign up for a folklore party with yodeling and alphorn blowing for a first-hand impression of Alpine merrymaking and a fitting goodbye to Switzerland. (BB)

you were within walking distance of glaciers. Afternoon arrival in the popular subtropical resort town of Lugano allows time for shopping under the arcades of Via Nassa, an espresso on flower-festooned Piazza Riforma, or a stroll along the lake with a magnificent view of the Swiss Alps. (BB,D)

**DAY 8, Friday, August 10.**
**LUCERNE.**
① ①
Wake-up Call  Breakfast  Depart

On your walking tour this morning, admire Thorwaldsen's LION MONUMENT, the ornate patrician houses of the walled Old Town, then cross the famous covered CHAPEL BRIDGE to the Jesuit church. Afterwards shop for watches and choose from our optional activities: climb a mountain by cable car or take a cruise on the fjord-like lake. Tonight a farewell dinner to celebrate the success of your Swiss vacation. (BB,D)

**DAY 9, Saturday, August 11.**
**LUCERNE-ZURICH AIRPORT.**
① ① ① ①
Wake-up Call  Luggage Out  Breakfast  Depart

Homebound flight. Morning transfer to Zurich Airport in time for homebound flights, leaving no earlier than 10 a.m. Extra nights are available in Zurich, not Lucerne. (BB)