1

**FILED**

2

JUL 2 6 2007

3

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

SAN JOSE DIVISION

8

| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF (HRL) |
|---|---|---|
| | ) | |

9

|  Plaintiff, | ) | ~~[PROPOSED]~~ ORDER TO MODIFY |

10

| | ) | CONDITIONS OF RELEASE TO |
| v. | ) | ALLOW TRAVEL |

11

| | ) | |
| CLAUDIA MARIA LOPEZ, | ) | |

12

| | ) | |
|  Defendant. | ) | |

13

| | ) | |

14

GOOD CAUSE APPEARING,

15

IT IS ORDERED that the conditions of release set on May 7, 2007 are hereby modified to

16

permit defendant, Claudia Maria Lopez to travel to Switzerland. Ms. Lopez will be leaving

17

Friday August 3, 2007 and be returning on Sunday, August 12, 2007. While in Switzerland Ms.

18

Lopez will be traveling and staying with her mother and father, Jay and Amintha Petersen.

19

IT IS FURTHER ORDERED that defendant, Claudia Maria Lopez's U.S. Passport be

20

returned to her for purpose of travel releasing it August 1, 2007 and returning it on August 15,

21

2007.

22

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

23

and effect.

24

25

Dated: July 26, 2007

26

HOWARD R. LLOYD
United States Magistrate Judge

3