## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, July 25, 2007
**Case Number:** CR-07-00303-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. CLAUDIA MARIA LOPEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Claudia Maria Lopez |
| Attorneys Present: Jeff Nedrow | Attorneys Present: Jay Rorty |

PROCEEDINGS:
   Further status review hearing held.  Counsel and defendant are present.
   Case is set for motion hearing and further status review on 9/5/07 at 9:00 a.m.
   42 days are excluded for the reasons stated.