**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, September 5, 2007
**Case Number:** CR-07-00303-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

TITLE:     **UNITED STATES OF AMERICA V. CLAUDIA MARIA LOPEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Claudia Maria Lopez |
| Attorneys Present: Jeff Nedrow | Attorneys Present: Jay Rorty |

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present.
Case is set for motion hearing and further status review on 10/31/07 at 10:00 a.m.
56 days are excluded for the reasons stated.