1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00303 JF |
| Plaintiff, | ) ) ) | NOTICE OF MOTION AND MOTION TO SUPPRESS STATEMENTS; REQUEST FOR EVIDENTIARY HEARING |
| vs. | ) ) | |
| CLAUDIA MARIA LOPEZ, | ) ) | |
| Defendant. | ) ) | |

TO: SCOTT N. SCHOOLS, UNITED STATES ATTORNEY AND JEFF NEDROW, ASSISTANT UNTIED STATES ATTORNEY:

PLEASE TAKE NOTICE that on October 31, 2007 at 9:00 a.m., before the Honorable Jeremy Fogel the defendant will move the court for suppression of the defendant's statements referred to in the Memorandum of Points and Authorities in Support of Motion to Suppress; Request for Evidentiary Hearing

The basis for the Motion is this Notice and the attached Memorandum of Points and Authorities in Support of Motion to Suppress; Request for Evidentiary Hearing.

Notice of Motion and Motion to Suppress          1

1 | Dated: October 17, 2007

2 |                                  Respectfully submitted,
                                 BARRY J. PORTMAN
3 |                                  Federal Public Defender

4 |                                         /s/

5 |                                  JAY RORTY
                                 Assistant Federal Public Defender