### MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 0685-1658517-PMIN (1) |
| PERSON INTERVIEWED | : | Claudia M. Lopez |
| DATE OF INTERVIEW | : | 4/18/2007 |
| TIME OF INTERVIEW | : | 05:05 PM through 06:25 PM |
| PLACE OF INTERVIEW | : | 654 Rebecca Way #3<br>San Jose, CA 95117 |
| INTERVIEWED BY | : | M. A. Herzog, Postal Inspector |
| DATE MEMO PREPARED | : | April 20, 2007 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Claudia M. Lopez was interviewed by Postal Inspector M. A. Herzog, regarding her Knowledge, of Jason Wilson and a package he had received in Anchorage, AK. Prior to the start of the interview, Claudia Lopez was read her constitutional rights per Miranda. Lopez signed the Warning and Waiver of Rights, PS Form 1067 and agreed to be interviewed. Lopez said she would be interviewed but wanted to stop the interview if she no longer wanted to answer questions. She provided the following information.

At the start of the interview, Claudia Lopez was asked to provide basic background information and an Investigative History File was completed. Lopez was asked if she knew Jason Wilson. She related that she knew Jason and had traveled around with him to Dead Head concerts. When asked if he had contacted her in February, she said he had contacted her by email. Lopez said she knew Wilson's girlfriend, Rhea Dillard. She maintained that she had spoken to Wilson during the middle of February. She explained that he had asked her for some rent money. Lopez said she sent him $300. When asked how she sent it, she said I sent him a money order. When asked, she said she no longer had a receipt but purchased the money order at a cash place near San Jose State were she attends classes.

At this point of the interview it was explained to Lopez that handwriting exemplars were needed. She consented to provide the requested handwriting exemplars. Once Lopez had completed the handwriting exemplars they were compared to the express mail label which had been handwritten and sent to Jason Wilson. When told the exemplars looked very similar to the handwriting on the express label Lopez made the following statements.



Lopez said she sent the liquid LSD to Jason Wilson in Anchorage, AK. She related that Jason had requested the LSD from her. When asked if Jason was to pay her $800 for the LSD, Lopez said she never expected any money. When asked if she had told Jason how to sell the LSD in local bars and how to package it in individual dosage amounts, she said no. Lopez maintained she had never suggested to Wilson how to sell the LSD. She said it was for his personal use. When asked, Lopez said she got the LSD on Haight St, in San Francisco. She explained that she had trained marijuana for the LSD. She again maintained that the LSD she had mailed to Wilson was for his personal use only. Lopez was asked if there was a Sandra Cruz and she admitted that was a name she had made up when sending the express mail package to Jason Wilson. When asked if the Boyton address was phony she said yes and admitted she lived around the corner from Boyton and made up the address. Lopez again maintained that Wilson had asked for the LSD.

_____
M A Herzog
Postal Inspector