UNITED STATES POSTAL INSPECTION SERVICE
# WARNING AND WAIVER OF RIGHTS

Place: 654 Rebecca #3 San Jose, CA 95117

Date: 4-18-07   Time: 5:05pm

## WARNING

BEFORE YOU ARE ASKED ANY QUESTIONS, YOU MUST UNDERSTAND YOUR RIGHTS.
- You have a right to remain silent.
- Anything you say can be used against you in court.
- You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
- If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
- If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

I have read this statement of my rights (This statement of my rights has been read to me) and I understand what my rights are.

4-18-07          5:05pm          C. Lopez
(Date)           (Time)           (Signature)

## WAIVER

I am willing to discuss subjects presented and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

4/18/07          5:12          C. Lopez
(Date)           (Time)        (Signature)

Witnessed by: Mitchell A. [illegible]
Title: Postal Inspector

Witnessed by: _____
Title: _____

EXHIBIT 3

PS Form 1067
Feb 1980