## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Law and Motion Hearing, October 31, 2007
**Case Number:** CR-07-00303-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. CLAUDIA MARIA LOPEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Claudia Maria Lopez |
| Attorneys Present: Jeff Nedrow | Attorneys Present: Jay Rorty |

PROCEEDINGS:

   Hearing on Motion to Suppress Statements held. Counsel and defendant are present. Witnesses, Postal Inspector Mitchell A. Herzog and defendant, are sworn and examined. Plaintiff's exhibits 1 and 2- Inspector Herzog's memos, 3- Advisement of rights form, and 4- defendant's criminal history, are admitted into evidence. Counsel argue the motion.
   The Court denies the motion to suppress. Continued to 12/12/07 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.