1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ

6

7

8
                 IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
   UNITED STATES OF AMERICA,          )    No. CR 07-00303 JF
12                                     )
                      Plaintiff,       )    **STIPULATION TO CONTINUE
13  v.                                 )    STATUS HEARING; [PROPOSED]
                                       )    ORDER**
14  CLAUDIA LOPEZ,                     )
                                       )
15                    Defendant.       )
   _____)
16
                             **STIPULATION**
17
         Defendant and the government, through their respective counsel, hereby stipulate that,
18
   subject to the court's approval, the status hearing in the above-captioned matter, presently
19
   scheduled for Wednesday, December 12, 2007, at 9:00 a.m., may be continued to Wednesday,
20
   January 30, 2008, at 9:00 a.m.  The continuance is being requested due to a change in defense
21
   counsel and newly assigned defense counsel will need to review the case.
22
         The parties further agree and stipulate that time should be excluded from and including
23
   December 12, 2007 through and including January 30, 2008, to provide counsel reasonable time
24
   to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly,
25
   the United States and the defendant agree that granting the requested exclusion of time will serve
26

1  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

2

3  Dated: December 6, 2007

4  _____/s/_____
   NICHOLAS P. HUMY
   Assistant Federal Public Defender

5  Dated: December 10, 2007

6  _____/s/_____
   JEFF NEDROW

7  Assistant United States Attorney

8

9  **ORDER**

10     Good cause appearing and by stipulation of the parties, it is hereby ordered that the

11  sentencing hearing in the above-captioned matter shall be continued from December 12, 2007 to

12  January 30, 2008 at 9:00 a.m. as well as the period of delay from December 12, 2007, to and

13  including January 30, 2008, be excluded for purposes of Speedy Trial Act computations pursuant

14  to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

15

16  Dated: December ___, 2007

17  _____
   JEREMY FOGEL

18  United States District Judge

19

20

21

22

23

24

25

26