BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS HEARING; [~~PROPOSED~~]** |
| v. | ) | **ORDER** |
| | ) | |
| CLAUDIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Wednesday, December 12, 2007, at 9:00 a.m., may be continued to Wednesday, January 30, 2008, at 9:00 a.m.  The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need to review the case.

The parties further agree and stipulate that time should be excluded from and including December 12, 2007 through and including January 30, 2008, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve

1   the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

2

3   Dated: December 6, 2007

4   _____/s/_____
    NICHOLAS P. HUMY
    Assistant Federal Public Defender

5

6   Dated: December 10, 2007

    _____/s/_____
    JEFF NEDROW
7   Assistant United States Attorney

8

9                                **ORDER**

10        Good cause appearing and by stipulation of the parties, it is hereby ordered that the

11   sentencing hearing in the above-captioned matter shall be continued from December 12, 2007 to

12   January 30, 2008 at 9:00 a.m. as well as the period of delay from December 12, 2007, to and

13   including January 30, 2008, be excluded for purposes of Speedy Trial Act computations pursuant

14   to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

15

16

17   Dated: December 12 , 2007

    _____
18   JEREMY FOGEL
    United States District Judge

19

20

21

22

23

24

25

26