1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00303 JF |
| Plaintiff, | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | ) ) | |
| CLAUDIA MARIA LOPEZ, | ) ) | |
| Defendant. | ) ) | |

The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for Claudia Maria Lopez.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Ms. Lopez.  Mr. Araujo will be replacing Assistant Federal Public Defender Jay Rorty as counsel of record.  Counsel's contact information is listed above.

Dated: January 16, 2008

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender
                                       /S/

                              MANUEL U. ARAUJO
                              Assistant Federal Public Defender

Notice of Substitution of Counsel              1