1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LOPEZ

6

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 UNITED STATES OF AMERICA,          )   No. CR 07-00303 JF
                                      )
13                  Plaintiff,        )   **STIPULATION TO CONTINUE**
                                      )   **STATUS HEARING; [PROPOSED]**
   v.                                 )   **ORDER**
                                      )
14 CLAUDIA LOPEZ,                     )
                                      )
15                  Defendant.        )
   _____)
16
                              **STIPULATION**
17
        Defendant and the government, through their respective counsel, hereby stipulate that,
18
   subject to the court's approval, the status hearing in the above-captioned matter, presently
19
   scheduled for Wednesday, January 30, 2008, at 9:00 a.m., may be continued to Wednesday,
20
   March 5, 2008, at 9:00 a.m. The continuance is being requested due to a change in defense
21
   counsel and newly assigned defense counsel will need additional time to review the case, and
22
   arrange for a quantitative and/or qualitative testing of the controlled substance in coordination
23
   with the government and a third party defendant in the District of Alaska. The defense believes
24
   that the proposed testing will enable the parties to resolve the case pursuant to a plea agreement
25
   and/or be ready to proceed to trial.
26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00303-JF                           1

The parties further agree and stipulate that time should be excluded from and including January 30, 2008 through and including March 5, 2008, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: January 25, 2008

                                           /s/
                                    Manuel U. Araujo
                                    Assistant Federal Public Defender

Dated: January 28 , 2008

                                           /s/
                                    JEFF NEDROW
                                    Assistant United States Attorney

### ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from January 30, 2008, to March 5, 2008 at 9:00 a.m. as well as the period of delay from January 30, 2008, to and including March 5, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: January ___, 2008

                                    _____
                                    JEREMY FOGEL
                                    United States District Judge