BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>CLAUDIA LOPEZ,<br><br>               Defendant. | No. CR 07-00303 JF<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Wednesday, January 30, 2008, at 9:00 a.m., may be continued to Wednesday, March 5, 2008, at 9:00 a.m.  The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need additional time to review the case, and arrange for a quantitative and/or qualitative testing of the controlled substance in coordination with the government and a third party defendant in the District of Alaska.  The defense believes that the proposed testing will enable the parties to resolve the case pursuant to a plea agreement and/or be ready to proceed to trial.

1     The parties further agree and stipulate that time should be excluded from and including 2 January 30, 2008 through and including March 5, 2008, to provide counsel reasonable time to 3 prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the 4 United States and the defendant agree that granting the requested exclusion of time will serve the 5 interest of justice and outweigh the interest of the public and defendant in a speedy trial.

7 Dated:  January 25, 2008

                                                          _____/s/_____
8                                                           Manuel U. Araujo
                                                          Assistant Federal Public Defender

9 Dated: January 28 , 2008

10                                                           _____/s/_____
                                                          JEFF NEDROW
11                                                           Assistant United States Attorney

13                                                   **ORDER**

14     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status 15 conference hearing in the above-captioned matter shall be continued from January 30, 2008, to 16 March 5, 2008 at 9:00 a.m. as well as the period of delay from January 30, 2008, to and including 17 March 5, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, 18 United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

20
21 Dated: January  29 , 2008

                                                          _____
22                                                          JEREMY FOGEL
                                                          United States District Judge