PROPOSED ORDER/COVER SHEET

TO:    Honorable Howard R. Lloyd          RE:    Claudia Lopez
       U.S. Magistrate Judge

FROM:  Claudette M. Silvera, Chief        DOCKET NO.:    CR07-00303 JF
       U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

    Jaime A, Carranza                          408-535-5226
SENIOR U.S. PRETRIAL SERVICES OFFICER        TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____    2/11/08
JUDICIAL OFFICER               DATE

Cover Sheet (12/03/02)