1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant LOPEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12  UNITED STATES OF AMERICA,           )   No. CR 07-00303 JF
                                        )
13              Plaintiff,              )   **STIPULATION TO CONTINUE**
    v.                                  )   **STATUS HEARING**
                                        )
14  CLAUDIA LOPEZ,                      )
                                        )
15              Defendant.              )
    _____)
16

                                **STIPULATION**
17
        Defendant and the government, through their respective counsel, hereby stipulate that,
18
subject to the court's approval, the status hearing in the above-captioned matter, presently
19
scheduled for Wednesday, April 16, 2007, at 9:00 a.m., may be continued to Wednesday, May
20
21, 2008, at 9:00 a.m.  The continuance is requested to permit completion of the defense retesting
21
of representative samples of alleged Lysergic acid diethylamide (LSD) by the defense contracted
22
laboratory.  Retesting cannot be completed sufficiently in advance of the current April 16, 2008,
23
status conference, to permit the parties to review and consider the results and engage in
24
settlement discussions based in part on the results of said testing.
25
        The parties further agree and stipulate that time should be excluded from and including
26
April 16, 2007 through and including May 21, 2008, to provide counsel reasonable time to

STIPULATION TO CONTINUE HEARING;
No. CR 07-00303 JF                           1

1  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the
2  United States and the defendant agree that granting the requested exclusion of time will serve the
3  interest of justice and outweigh the interest of the public and defendant in a speedy trial.
4
5  Dated: April 1, 2008

                                           /s/
6                                     MANUEL U. ARAUJO
                                   Assistant Federal Public Defender
7
  Dated: April 1, 2008

                                         /s/
8                                     JEFF NEDROW
9                                     Assistant United States Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26