1 | BARRY J. PORTMAN
Federal Public Defender
2 | MANUEL U. ARAUJO,
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO PRODUCE** |
| | ) | **REPRESENTATIVE SAMPLE OF** |
| CLAUDIA LOPEZ, | ) | **NARCOTICS FOR TESTING BY** |
| | ) | **DEFENSE EXPERT** |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and requested by the parties that the court sign the attached proposed order regarding the retesting of representative samples of alleged Lysergic Acid Diethylamide (LSD) by the defense expert in this case.

It is so stipulated.

Dated: March 31, 2008          _____/s/_____
                               Manuel U. Araujo
                               Assistant Federal Public Defender


Dated: March 31, 2008          _____/s/_____
                               JEFF NEDROW
                               Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00303-JF                      1

# **ORDER**

UPON THE DEFENDANT'S REQUEST for an order which requires the Government to produce the following exhibits, to wit:

| Exhibit Number | DEA Laboratory Number |
|---|---|
| 1 | 7140143 |

as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED, having the Case File No. RG-07-0027, for qualitative analysis and identification of the controlled substance contained therein by a defense expert,

IT IS HEREBY ORDERED and DECREED that Drug Enforcement Administration (DEA) Special Agent or Task Force Officer shall deliver the drug exhibit(s) identified above to Judith Steward, DEA License No. RF1093778, of Forensic Analytical Sciences, In., located at 3777 Depot Road, Suite 403, Hayward, CA 94545, telephone no. 510 266-8100.  The DEA Western Laboratory shall arrange the delivery of said representative sample(s) on or before April 18, 2008 to the DEA Special Agent or Task Force Officer for delivery to Judith Stewart of the Forensic Analytical Sciences, Inc. Laboratory; and

IT IS FURTHER ORDERED, that upon said delivery of the exhibit(s) identified above to the defense expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs and removes a representative sample of the exhibit(s) identified above for analysis.  The representative sample shall be in an amount not to exceed 500 mgs from each of the above-described exhibit(s).  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance.  Upon the completion of the sample removal and weighing, the DEA Agent and Task Force Office in attendance shall, forthwith, return the remaining above-listed exhibit(s) to the DEA Western Laboratory; and

IT IS FURTHER ORDERED, that the defense expert shall conduct the qualitative

1  analyses and identification ordered herein, and shall provide the Government with an *Unsworn*
2  *Declaration Under Penalty of Perjury,* under 28 U.S.C. § 1746, executed by the individual who
3  conducted the analyses, or the head of the facility where the analyses occurred, which states the
4  quality of each exhibit consumed during testing, and either the weight of each exhibit returned to
5  the Government, or a statement that all of the sample was consumed during testing; and

6      IT IS FURTHER ORDERED, that all remaining material of the sample(s), after testing, is
7  to be returned by Judith Stewart to the DEA Western Laboratory via registered U.S. Mail, return
8  receipt requested, or approved commercial carrier, with five (5) business days after the
9  completion of analyses; and

10     IT IS FURTHER ORDERED, that Judith Steward is to safeguard the representative
11 sample(s) received, preserving the chain of custody in a manner to faithfully protect the integrity
12 of the exhibit received.
13     SO ORDERED this ____1st____ day of April 2008.

15     BY THE COURT:

17     _____
       JEREMY FOGEL
18     United States District Judge