1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                  SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS HEARING |
| | ) | |
| CLAUDIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from April 16, 2008 to May 21, 2008 at 9:00 a.m. as well as the period of delay from April 16, 2008, to and including May 21, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: April 3___, 2007

_____
JEREMY FOGEL
United States District Judge