1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>v.                           )<br>                             )<br>CLAUDIA LOPEZ,               )<br>                             )<br>            Defendant.       )<br>_____) | No. CR 07-00303 JF (HRL)<br><br>**STIPULATION TO PERMIT CLAUDIA LOPEZ TO TRAVEL OUTSIDE THE UNITED STATES AND FOR RELEASE OF PASSPORT** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the Order Setting the Conditions of Release issued by the Court be modified to permit Claudia Lopez to travel from June 24, 2008 until July 8, 2008, to Europe on a twelve-day cruise with her family.  The countries of her destination include, Spain, Monte Carlo, Italy, Greece, and Croatia.

It is further Stipulated that the Clerk's Office return to Claudia Lopez her passport on June 23, 2008;

It is further Stipulated that on the first business day following her return to the Northern District of California, Ms. Lopez shall contact United States Pretrial Services and re-surrender

1 her passport to the Clerk of the Court.

2   Defense counsel on May 15, 2008, conferred with Pretrial Services Officer, Jaime
3 Carranza, and he has no objections to the request.

4

5 Dated: May 15, 2008

6 _____/s/_____
  MANUEL U. ARAUJO
  Assistant Federal Public Defender

7

8 Dated: May 15, 2008

9 _____/s/_____
  JEFF NEDROW
  Assistant United States Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO PERMIT TRAVEL AND
RELEASE OF PASSPORT
No. CR 07-00303 JF                          2