BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF (HRL) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER PERMITTING** |
| v. | ) | **CLAUDIA LOPEZ TO TRAVEL** |
| | ) | **OUTSIDE THE UNITED STATES AND** |
| CLAUDIA LOPEZ, | ) | **FOR RELEASE OF PASSPORT** |
| | ) | |
| Defendant. | ) | **Hon. Howard R, Lloyd** |
| | ) | |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on May 7, 2007, shall be modified to permit Claudia Lopez to travel  to Europe from June 24, 2008 until July 8, 2008.

Ms. Lopez is to provide her itinerary and contact information to the United States Pretrial Services prior to her departure from the Northern District of California.

The Clerk shall return to Ms. Lopez her United States Passport on June 23, 2008;

On the first business day following her return to the Northern District of California, Ms. Lopez shall contact United States Pretrial Services and re-surrender her passport to the Clerk of

1  the Court.

2  All other conditions of release ordered on May 7, 2007, remain in full force and effect.

3

4  Dated: May ___ , 2008

5
_____
Hon. **Howard R, Lloyd**
United States Magistrate Judge