BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **STATUS HEARING** |
| CLAUDIA LOPEZ, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Wednesday, May 21, 2008, at 9:00 a.m., may be continued to Wednesday, July 30, 2008, at 9:00 a.m.  The Court previously continued the status hearing to May 21, 2008, to permit the parties to complete forensic testing of the alleged Lysergic acid diethylamide (LSD) by the defense contracted laboratory.  The defense laboratory now has the liquid LSD, and is expected to complete testing within the next ten days.  The parties request the continuance to permit completion of the defense retesting and to permit the parties to review and consider the results and engage in settlement discussions based in part on the results of said testing.  Defense counsel

1  will be on a pre-planned family vacation and will not be available from June 30, 2008 through
2  July 14, 2008.  The undersigned Assistant United States Attorney may be unavailable on the
3  week of July 21, 2008.  Therefore, the parties request July 30, 2008, at 9:00.
4      The parties further agree and stipulate that time should be excluded from and including
5  May 21, 2007 through and including, July 21, 2008, to provide counsel reasonable time to
6  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the
7  United States and the defendant agree that granting the requested exclusion of time will serve the
8  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: May 16, 2008

          /s/
MANUEL U. ARAUJO
Assistant Federal Public Defender

Dated: May 16, 2008

          /s/
JEFF NEDROW
Assistant United States Attorney