1    BARRY J. PORTMAN
     Federal Public Defender
2    MANUEL U. ARAUJO
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant LOPEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,            )    No. CR 07-00303 JF
                                          )
11                   Plaintiff,           )    **[PROPOSED] ORDER CONTINUING**
     v.                                   )    **STATUS HEARING**
12                                        )
     CLAUDIA LOPEZ,                       )
13                                        )
                     Defendant.           )
14   _____ )

15

16                                  **ORDER**

17          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

     hearing in the above-captioned matter shall be continued from May 21, 2008 to July 30,  2008 at
18
     9:00 a.m. as well as the period of delay from May 21, 2008, to and including July 30,  2008, be
19
     excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States
20
     Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
21
     Dated: May  ___, 2008
22

23                                        _____
                                          JEREMY FOGEL
24                                        United States District Judge

25

26