1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LOPEZ

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,        )   No. CR 07-00303 JF
                                      )
11 |         Plaintiff,                )   [~~PROPOSED~~] ORDER CONTINUING
   | v.                                )   STATUS HEARING
12 |                                   )
   | CLAUDIA LOPEZ,                    )
13 |                                   )
   |         Defendant.                )
14 |                                   )

15

16                              **ORDER**

17     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

18 hearing in the above-captioned matter shall be continued from May 21, 2008 to July 30, 2008 at

19 9:00 a.m. as well as the period of delay from May 21, 2008, to and including July 30, 2008, be

20 excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States

21 Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

   Dated: May  19 , 2008
22
                                            _____
23                                          JEREMY FOGEL
                                            United States District Judge
24

25

26

ORDER CONTINUING STATUS HEARING;
No. CR 07-00303 JF                    1