1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LOPEZ

E-FILED

RECEIVED
MAY 19 2008

FILED
MAY 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00303 JF (HRL) |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER PERMITTING |
| v. | ) CLAUDIA LOPEZ TO TRAVEL |
| | ) OUTSIDE THE UNITED STATES AND |
| CLAUDIA LOPEZ, | ) FOR RELEASE OF PASSPORT |
| Defendant. | ) Hon. Howard R. Lloyd |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on May 7, 2007, shall be modified to permit Claudia Lopez to travel to Europe on June 24, 2008 and return on July 8, 2008.

Ms. Lopez will provide her itinerary and contact information to the United States Pretrial Services prior to her departure from the Northern District of California.

The Clerk shall return to Ms. Lopez her United States Passport on June 23, 2008;

On the first business day following her return to the Northern District of California, Ms. Lopez shall contact United States Pretrial Services and re-surrender her passport to the Clerk of

STIPULATION TO PERMIT TRAVEL AND
RELEASE OF PASSPORT
No. CR 07-00303 JF                              1

1 | the Court.

2 |     All other conditions of release ordered on May 7, 2007, remain in full force and effect.

3 |

4 | Dated: May 19, 2008

5 |                                 Hon. Howard R. Lloyd
                                United States Magistrate Judge