1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8  UNITED STATES OF AMERICA,           Case Number CR-07-00303-JF
             Plaintiff,
   V.                                  Status Hearing
9
   CLAUDIA LOPEZ,                      August 13, 2008
10             Defendant.
                                       CLERK'S NOTICE
11  _____

12
13  To all Parties and Attorneys of Record:
14  The status hearing set on July 30, 2008 is continued to August 13, 2008 at 9:00 a.m.
15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th
16  floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  July 25, 2008                       For the Court
                                        Richard W. Wieking, Clerk
19
20                                      By:___/s/_____
                                        Diana Munz
21                                      Courtroom Deputy Clerk
22
23
24
25
26
27
28