**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, August 13, 2008
**Case Number:** CR-07-00303-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **UNITED STATES OF AMERICA V. CLAUDIA MARIA LOPEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Claudia Maria Lopez |
| **Attorneys Present:** Jeff Nedrow | **Attorneys Present:** Manuel Araujo |

---

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 9/17/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.