1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 UNITED STATES OF AMERICA,         )   No. CR 07-00303 JF
                                     )
                  Plaintiff,         )   **STIPULATION TO CONTINUE**
13 v.                                )   **STATUS HEARING**
                                     )
14 CLAUDIA LOPEZ,                    )
                                     )
15                Defendant.         )
   _____ )
16
                                **STIPULATION**
17

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the status hearing in the above-captioned matter, presently

20 scheduled for Wednesday, September 17, 2008, at 9:00 a.m., may be continued to Wednesday,

21 October 8, 2008, at 9:00 a.m.  It is also stipulated that the time to file the United States

22 Probation Office's criminal history report should be extended to September 25, 2008.  The

23 stipulation is made on the following basis. On August 13, 2008, the parties requested a criminal

24 history only pre-plea Presentence Report.  The report was for the purpose of determining Ms.

25 Lopez's criminal history score.  Her criminal history score is essential to determining her

26 eligibility for a safety-valve adjustment under United States Sentencing Guideline § 5C1.2 and/or

STIPULATION TO CONTINUE HEARING;
No. CR 07-00303 JF                             1

1  for consideration under Title 18, United States Code, § 3553(f)(1)-(5).  On September 7, 2008,

2  counsel for the defendant received a telephone call from United States Probation Officer Lori

3  Timmons, who advised counsel that she had not received the necessary court case information

4  from the Los Angeles Superior Court in Long Beach, California, and thus her report may not be

5  complete and/or accurate reflection of Ms. Lopez's criminal history score.   Defense counsel

6  suggested continuing the status conference date and the due date for her report, and she told

7  defense counsel that a continuance of the status conference and her due date would be helpful

8  and enable her to obtain the information and prepare an accurate report.

9        The parties further agree and stipulate that time should be excluded from and including

10 September 17, 2008 through and including October 8, 2008, to provide counsel reasonable time

11 to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly,

12 the United States and the defendant agree that granting the requested exclusion of time will serve

13 the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

14

15 Dated: September 9, 2008

16                                                      /s/
                              MANUEL U. ARAUJO

17                               Assistant Federal Public Defender

18

19 Dated: September 9, 2008

20                                                      /s/
                              JEFF NEDROW

21                               Assistant United States Attorney

22

23

24

25

26