1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant LOPEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,          )   No. CR 07-00303 JF
                                       )
11                    Plaintiff,       )   **[PROPOSED] ORDER CONTINUING**
                                       )   **STATUS HEARING AND EXTENDING**
    v.                                 )   **TIME FOR THE FILING OF THE**
12                                     )   **CRIMINAL HISTORY REPORT**
    CLAUDIA LOPEZ,                     )
13                                     )
                      Defendant.       )
14  _____  )

15

16                               **ORDER**

17         Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

    hearing in the above-captioned matter shall be continued from Wednesday, September 17, 2008, at
18
    9:00 a.m., to Wednesday, October 8, 2008, at 9:00 a.m., as well as the period of delay from
19
    September 17, 2008, at 9:00 a.m., to and including October 8, 2008, be excluded for purposes of
20
    Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and
21
    3161(h)(8)(B)(iv).
22
           It is further ordered, that the United States Probation Office's time to file the criminal history
23
    report is extended to September 25, 2008.
24
    Dated: September ____, 2008
25

26                              _____
                                JEREMY FOGEL
                                United States District Judge