1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LOPEZ

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,        ) No. CR 07-00303 JF
                                      )
11 |           Plaintiff,              ) [PROPOSED] ORDER CONTINUING
   | v.                                ) STATUS HEARING AND EXTENDING
12 |                                   ) TIME FOR THE FILING OF THE
   | CLAUDIA LOPEZ,                    ) CRIMINAL HISTORY REPORT
13 |                                   )
   |           Defendant.              )
14 |                                   )

15
                              **ORDER**
16
     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
17
hearing in the above-captioned matter shall be continued from Wednesday, September 17, 2008, at
18
9:00 a.m., to Wednesday, October 8, 2008, at 9:00 a.m., as well as the period of delay from
19
September 17, 2008, at 9:00 a.m., to and including October 8, 2008, be excluded for purposes of
20
Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and
21
3161(h)(8)(B)(iv).
22
     It is further ordered, that the United States Probation Office's time to file the criminal history
23
report is extended to September 25, 2008.
24
Dated: September 11, 2008
25
                                                    _____
26                                                  JEREMY FOGEL
                                                    United States District Judge

ORDER CONTINUING STATUS HEARING;
No. CR 07-00303 JF                      1