1 BARRY J. PORTMAN
Federal Public Defender
2 MANUEL U. ARAUJO
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| v. | ) | **STATUS HEARING** |
| | ) | |
| CLAUDIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Wednesday, October 29, 2008, at 9:00 a.m., to Wednesday, November 12, 2008, at 9:00 a.m., and it is further ordered that the period of delay from October 29, 2008, to Wednesday, November 12, 2008, shall be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: October __28__, 2008.

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING STATUS HEARING;
No. CR 07-00303 JF                                    1