BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | ) | |
| CLAUDIA LOPEZ, | ) | |
| Defendant. | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing in the above-captioned matter shall be continued from Friday, December 5, 2008, at 11:00 a.m., to Tuesday, December 9, 2008, at 9:00 a.m., and it is further ordered that the period of delay from December 5, 2008, to Tuesday, December 9, 2008, shall be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: December 3, 2008.

_____
JEREMY FOGEL
United States District Judge