IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] **ORDER CONTINUING** |
| v. | ) | **SENTENCING HEARING** |
| | ) | |
| CLAUDIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from April 22, 2009, to June 3, 2009, at 9:00 a.m.

Dated: March __11__, 2009

_____
JEREMY FOGEL
United States District Judge

[Proposed]Order Continuing Sentencing
Hearing No. CR 07-00303 JF                           1