BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00303 JF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING |
| | ) | DEFENDANT CLAUDIA LOPEZ'S |
| CLAUDIA LOPEZ, | ) | SENTENCING HEARING DATE TO |
| | ) | AUGUST 26, 2009 |
| Defendant. | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from June 3, 2009, to August 26, 2009, at 9:00 a.m.

Dated: May  29  , 2009

_____
HONORABLE JEREMY FOGEL,
United States District Judge

Order Continuing Sentencing Hearing
No. CR 07-00303 JF                                    1