1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11   UNITED STATES OF AMERICA,              )   No. CR 07-00303 JF
                                            )
12                   Plaintiff,             )
     v.                                     )   [PROPOSED] ORDER CONTINUING
13                                          )   DEFENDANT CLAUDIA LOPEZ'S
     CLAUDIA LOPEZ,                         )   SENTENCING HEARING DATE TO
14                                          )   SEPTEMBER 9, 2009
                     Defendant.             )
15   _____)
16
                                          **ORDER**
17
     Good cause appearing and by stipulation of the parties, it is hereby ordered that the
18
     sentencing hearing in the above-captioned matter shall be continued from August 26, 2009, to
19
     September 9, 2009, at 9:00 a.m.
20
            August 10, 2009
21   Dated: ~~July ___~~, 2009
                                                 _____
22                                               HONORABLE JEREMY FOGEL,
                                                 United States District Judge
23
24
25
26

Order Continuing Sentencing Hearing
No. CR 07-00303 JF                              1