IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CLAUDIA LOPEZ,<br><br>　　　　　　Defendant. | No. CR 07-00303 JF<br><br>**[PROPOSED]** **ORDER CONTINUING DEFENDANT CLAUDIA LOPEZ'S SENTENCING HEARING DATE TO OCTOBER 28, 2009** |

**ORDER**

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from October 14, 2009, to October 28, 2009, at 9:00 a.m.

Dated: October __13__ , 2009

_____
HONORABLE JEREMY FOGEL,
United States District Judge

Order Continuing Sentencing Hearing
No. CR 07-00303 JF                                           1