IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>CLAUDIA LOPEZ,<br><br>        Defendant. | No. CR 07-00303 JF (HRL)<br><br>**[PROPOSED] ORDER PERMITTING CLAUDIA LOPEZ TO TRAVEL OUTSIDE THE UNITED STATES**<br><br>**Hon. Jeremy Fogel** |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

Claudia Lopez is permitted to travel to Bogota, Colombia on July 13, 2010, and is to return to the United States on or before August 5, 2010.

IT IS FURTHER ORDERED that Ms. Lopez provide her itinerary and contact information to the United States Probation Office prior to her departure from the Northern District of California.

Dated: March 29, 2010

_____
HONORABLE JEREMY FOGEL
United States District Judge

ORDER TO PERMIT TRAVEL
No. CR 07-00303 JF                              1