IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>CLAUDIA LOPEZ,<br><br>        Defendant. | No. CR 07-00303 JF (HRL)<br><br>[PROPOSED] ORDER PERMITTING CLAUDIA LOPEZ TO TRAVEL OUTSIDE THE UNITED STATES<br><br>**Hon. Jeremy Fogel** |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

Claudia Lopez is permitted to travel to Caracas, Venezuela on May 18, 2011, and is to return to the United States on or before May 25, 2011.

IT IS FURTHER ORDERED that Ms. Lopez provide her itinerary and contact information to the United States Probation Office prior to her departure from the Northern District of California.

Dated: January 27, 2011

_____
HONORABLE JEREMY FOGEL
United States District Judge