IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00303 JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER PERMITTING** |
| v. ) | **CLAUDIA LOPEZ TO TRAVEL** |
| ) | **OUTSIDE THE UNITED STATES** |
| CLAUDIA LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | **Hon. Jeremy Fogel** |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

Claudia Lopez is permitted to travel to Bogota, Columbia on August 4, 2011 and shall return to the United States on or before September 5, 2011.

IT IS FURTHER ORDERED that Ms. Lopez provide her itinerary and contact information to the United States Probation Office prior to her departure from the Northern District of California. Additionally, any future international travel by Ms. Lopez must be approved by the Probation Office.

Dated: ~~July~~ 8/4 ___, 2011            _____
                                          HONORABLE JEREMY FOGEL
                                          United States District Judge

[PROPOSED] ORDER TO PERMIT TRAVEL
No. CR 07-00303 JF                        1